1  Thiago Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   **WILSHIRE LAW FIRM**
3  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
4  Telephone: (213) 381-9988
5  Facsimile: (213) 381-9989

6
7  *Attorneys for Plaintiff*

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTFIELD AMERICA LIMITED PARTNERSHIP, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 20-cv-1450 JLS (BGS)<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

NOTICE OF SETTLEMENT

Plaintiff, Julissa Cota ("Plaintiff"), hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen within thirty (30) days if a settlement is not finalized.

Dated: October 7, 2020                     Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*