Thiago Coelho, SBN (324715)
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff,*
*Julissa Cota*

Stuart M. Richter (SBN 126231)
stuart.richter@katten.com
Gregory S. Korman (SBN 216931)
greg.korman@katten.com
Austin T. Beardsley (SBN 270046)
austin.beardsley@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
100 Spectrum Center Drive, Suite 1050
Irvine, CA 92618-4960
Telephone: (714) 966-6819
Facsimile: (714) 966-6821

*Attorneys for Defendant,*
*Westfield America Limited Partnership*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>WESTFIELD AMERICA LIMITED PARTNERSHIP, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-01450-JLS-BGS<br><br>*Assigned to Hon. Judge Janis L. Sammartino*<br><br>**JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Julissa Cota ("Plaintiff"), and Defendant Westfield America Limited Partnership ("Defendant"), stipulate and jointly request that the Court enter an Order for the following:

(1) Dismiss the case with prejudice as to Plaintiff, and without prejudice as to the putative class members. Each party shall bear his or its own attorney fees and costs.

The Parties respectfully request that the Court enter the proposed order.

DATED:  December 29, 2020                     Respectfully submitted,

**WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*_____
    Thiago M. Coelho
    *Attorney for Plaintiff, Julissa Cota*

DATED:  December 29, 2020                     **KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Gregory S. Korman*
    Stuart M. Richter
    Gregory S. Korman
    Austin T. Beardsley
    *Attorneys for Defendant, Westfield America Limited Partnership*

---

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)