UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTFIELD AMERICA LIMITED PARTNERSHIP, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 20-cv-1450 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 9) |

Presently before the Court is the Parties' Joint Motion to Dismiss (ECF No. 9). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, Plaintiff's claims, in their entirety, are **DISMISSED WITH PREJUDICE**. The Putative

///
///
///
///
///
///

Class Members' claims are **DISMISSED WITHOUT PREJUDICE**.  Each Party shall bear his or its own costs and attorney's fees.  The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated:  December 30, 2020

Hon. Janis L. Sammartino
United States District Judge